STATE OF NORTH CAROLINA v. BENNIE FRANK TYSON

No. 7411SC122

(Filed 6 March 1974)

APPEAL by defendant from *Smith, Judge,* 10 September 1973 Session of Superior Court held in JOHNSTON County.

*Attorney General Robert Morgan by William F. O'Connell, Assistant Attorney General, for the State.*

*Robert A. Spence for defendant appellant.*

VAUGHN, Judge.

Defendant was ably represented at trial and on appeal from his conviction of robbery with firearms. We find no prejudicial error in his trial.

No error.

Judges BRITT and PARKER concur.